■ In the Matter of NEW YORK PAVING, INC., Petitioner, v RAYMOND P. MARTINEZ, Respondent. [789 NYS2d 741]—

Proceeding pursuant to CPLR article 78 to review a determination of the New York State Department of Motor Vehicles Appeals Bureau, dated January 30, 2003, which confirmed the findings of an Administrative Law Judge, made after a hearing, that the petitioner violated Vehicle and Traffic Law § 401 (7) (F) (b) and New York City Traffic Rules and Regulations (34 RCNY) § 4-15 (b) (9), and imposed a penalty.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, with costs.

The seizure of the petitioner's truck, which occurred at a checkpoint, and pursuant to a nondiscriminatory pattern of selection by the officer weighing the vehicles, was constitutional (*see Matter of Mt. Hope Trucking Co. v Martinez,* 12 AD3d 514 [2004]; *Matter of Metro Demolition Contr. Corp. v Martinez,* 12 AD3d 513 [2004]; *Matter of Masons v Martinez,* 8 AD3d 671, 672 [2004]; *Matter of City Hawk Indus. v Martinez,* 2 AD3d 635 [2003]; *see also People v Scott,* 63 NY2d 518 [1984]).

The petitioner's remaining contention is without merit. Schmidt, J.P., Santucci, Crane and Skelos, JJ., concur.